UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RICHARD MALONE, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § § | Civil Action No. 5:16-cv-0955-FB |
| v. | § § | |
| CST BRANDS, INC., et al., | § § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Lead Plaintiff and all Plaintiffs voluntarily dismiss without prejudice the above-styled consolidated action against Defendants. All costs and expenses, including attorneys' fees, will be borne by the party that incurred them. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: April 10, 2017.

Respectfully submitted,

  */s/ Thomas E. Bilek*
Thomas E. Bilek
TX Bar No. 02313525
**THE BILEK LAW FIRM, L.L.P.**
700 Louisiana, Suite 3950
Houston, TX 77002
(713) 227-7720

*Liaison Counsel*

        Nadeem Faruqi
        James M. Wilson, Jr.
        **FARUQI & FARUQI, LLP**
        685 Third Avenue, 26th Floor
        New York, NY 10017
        Tel.: (212) 983-9330
        Fax: (212) 983-9331

        *Lead Counsel*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was filed via the District's CM/ECF system on April 10, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

                */s/ Thomas E. Bilek*
                Thomas E. Bilek